IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GABRIEL CORTES HERRERA, ET AL. | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | Case No.: 16-1726 ABJ |
| | * | |
| MITCH O'HARA LLC, ET AL. | * | |
| | * | |
| DEFENDANTS. | * | |

*********************************************************************

## PLAINTIFFS' MOTION AND MEMORANDUM FOR ALTERNATIVE SERVICE ON DEFENDANT TYRA HARGIS

Plaintiffs Gabriel Cortes Herrera, Neftali G. Martinez, Ubaldo O. Vivar Martinez, and Juan de Dios Martinez Herrera ("Plaintiffs"), by and through their undersigned attorneys and pursuant to Federal Rules of Civil Procedure 4(e)(1) and (h)(1)(a), hereby move this Honorable Court for an order permitting alternative service on Defendant Tyra Hargis ("Defendant") by first class mail, and in support thereof, state as follows:

1. On July 26, 2016, undersigned counsel spoke with Tyra Hargis concerning Plaintiff's claims for unpaid wages pursuant to the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.*, the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code §§ 32-1001 *et seq.*, and the D.C. Wage Payment and Collection Law, D.C. Code §§ 32-1301 *et seq.* During that conversation, Ms. Hargis confirmed to the undersigned counsel that her present address was 6829 Bonnie Ridge Dr., Apt. T1, Baltimore, MD 21209.

2. On August 25, 2016 Plaintiffs filed the Complaint in the instant matter against Mitch O'Hara, LLC and Tyra Hargis. Tyra Hargis owns and operates Mitch O'Hara, LLC. Both Defendants employed Plaintiffs during the relevant period.

3. A summons was issued for each Defendant by this Court on August 25, 2016.

4. Plaintiffs have engaged in extensive efforts to serve Tyra Hargis to no avail.

5. Summons were sent out for service via private server Washington Pre-Trial Services, Inc. ("Pre-Trial") on August 30, 2016.

6. Plaintiffs obtained service on Mitch O'Hara, LLC on October 11, 2016.

7. Pre-Trial attempted numerous times to serve Defendant Tyra Hargis. Their attempts were unsuccessful, as evidenced by the Affidavits of Due Diligence. (Aff. of Ed Cihlar dated 10/12/2016, attached as Ex. 1; Aff. of Gary Dean dated 10/13/2016, attached as Ex. 2.) Pre-trial confirmed Ms. Hargis' place of work, but her co-worker stated that she rarely came in. (*Id.*) Mitch O'Hara, LLC's registered agent also actively sought to avoid service. (*Id.*)

8. Plaintiffs next presented the summons to Priority Process Service. Priority Process Service was also not able to serve Ms. Hargis and returned an Affidavit of Non-Service. (Aff. of Tilles, 11/29/2016, attached as Ex. 3; Aff. of Damion Huger, 1/18/2017.) Mr. Huger left Ms. Hargis numerous cards on her front door at 6829 Bonnie Ridge Dr., Apt. T1 Baltimore, MD 21209. This is the same address Ms. Hargis had previously confirmed to undersigned as her residence. Each time Priority Process Service returned to this address, the contact cards had been removed.

9. Defendant Tyra Hargis is evading service.

10. Plaintiffs request alternative service for Tyra Hargis by sending a copy of the Complaint, Summons, and all other filed documents, by first-class mail to Defendant Tyra Hargis' last known address at 6829 Bonnie Dr., Apt. T1 Baltimore, MD 21209.

11. Under such circumstances, service by first class mail is appropriate, and reasonably calculated to give actual notice to Ms. Hargis of the pendency of the above-captioned lawsuit.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant Plaintiffs' Motion for Alternative Service;

B.  Order that Plaintiffs serve Defendant Tyra Hargis with the Complaint, Summons, and all other papers by first class mail to her last known address at 6829 Bonnie Dr., Apt. T1 Baltimore, MD 21209;

C.  Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240 - 839 - 9142
mamster@zagfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 30th day of January, 2017, a copy of the foregoing was served by first class mail, postage prepaid, on:

Tyra Hargis
6829 Bonnie Dr. T1
Baltimore, MD 21209

And

Mitch O'Hara. LLC
Serve: Kathy Ade
2300 Good Hope Rd., S.E.
Washington, D.C. 20020

*Defendants*

/s/
Michael K. Amster