IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GABRIEL CORTES HERRERA, ET AL. | * |
| PLAINTIFFS, | * |
| v. | *   Case No.: 16-1726 ABJ |
| MITCH O'HARA LLC, ET AL. | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

In consideration of the Plaintiffs' Motion for Alternative Service on Defendant Tyra Hargis, it is this ____ day of _____, 2017, hereby

**ORDERED**, that Plaintiffs' Motion shall be GRANTED, and it is further

**ORDERED**, that Plaintiffs shall serve Defendant Tyra Hargis by sending a copy of the Complaint, Summons, all other filed documents by first-class mail to Defendant Tyra Hargis' last known address.

_____
Judge, United States District Court